

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00237-CV

Austin Ramsey **WRIGHT**,
Appellant

v.

Christina Diane **WRIGHT**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-05302
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed: May 8, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP.
P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent
agreement of the parties, costs are taxed against appellant).

PER CURIAM